United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONG ZHANG,

Plaintiff,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 25-cv-03078-ASK

**ORDER SCREENING SECOND AMENDED COMPLAINT**

Re: Dkt. No. 21

Plaintiff Long Zhang, whose application to proceed *in forma pauperis* ("IFP") has already been approved (Dkt. 11 at 1), has filed a Second Amended Complaint. Dkt. 21 ("SAC"). The Court has screened the SAC pursuant to the IFP statute. 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court SHALL issue the summons. *Id.* § 1915(d). Furthermore, the U.S. Marshal for the Northern District of California SHALL serve, without prepayment of fees, a copy of the SAC, any attachments, and this Order upon Defendants. *Id.*

While this case is pending, Plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action. Because Plaintiff is unrepresented, he may wish to contact the Federal Pro Bono Project's Help Desk—a free service for unrepresented litigants—for assistance by calling (415) 782-8982 to make an appointment. While the Help Desk does not provide legal representation, a licensed attorney there may assist Plaintiff

//

//

//

//

//

//

in preparing his case. Plaintiff may also wish to consult a handbook and other resources that the Court has developed to assist unrepresented litigants, which may be accessed at: https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: November 12, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California